

# Fourth Court of Appeals
## San Antonio, Texas

December 7, 2018

No. 04-17-00565-CV

David **MORA**, Texas Sterling Construction Co. a/k/a Texas Crushed Concrete, and Sterling Construction Company, Inc. a/k/a Sterling Delaware Holding Company, Inc.,
Appellants

v.

Martin **VALDIVIA** Sr. and Maria Cervantes Valdivia, both Individually and as Sole Heirs of the Estate of Martin Valdivia Jr., Deceased,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI09734
Honorable Michael E. Mery, Judge Presiding

## O R D E R

Appellant's reply brief was due on December 3, 2018.  *See* TEX. R. APP. P. 38.6(c). Before the due date, Appellant filed an unopposed first motion for a twenty-day extension of time to file the reply brief.

Appellant's motion is GRANTED.   Appellant's reply brief is due on December 27, 2018.  *See id.* R. 38.6(d).

_____
Patricia O. Alvarez, Justice

★IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of December, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court